IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SANDRA ANN HOFFMAN,                                                              PLAINTIFF
ADC #750042

v.                                    1:13CV00064-KGB-JJV

MARQUACHUN WHITE,
ADC Inmate                                                                       DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.     Plaintiff's Complaint (Doc. No. 2) is dismissed without prejudice.

2.     Dismissal of Plaintiff's Complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 28th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE