**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| SANDRA ANN HOFFMAN,<br>ADC#750042 | PLAINTIFF |
| v.   1:13CV00064-KGB-JJV | |
| MARQUACHUN WHITE,<br>ADC Inmate | DEFENDANT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 28th day of January, 2014.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE