**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

SANDRA ANN HOFFMAN,                                                                               PLAINTIFF
ADC#750042

v.                                    1:13CV00064-KGB-JJV

MARQUACHUN WHITE,
ADC Inmate                                                                                 DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 28th day of January, 2014.

                                                                   */s/ Kristine G. Baker*
                                                            KRISTINE G. BAKER
                                                            UNITED STATES DISTRICT JUDGE